UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                Case No. 24-30528
                                                Originating No.  24CR10375

**MELANDO STREETY,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MELANDO STREETY,** to answer to charges pending in another federal district, and states:

    1.  On **December 16, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Massachusetts based on an Indictment**.  Defendant is charged in that district with violations of **18 USC Sections 1591(a)(1),(b)(1) and 18 USC Sections 2421(a) and 2 – Sex Trafficking by Force, Fraud, or Coercion and Transporting a Person to Engage in Prostitution and Aiding and Abetting.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney


    *s/Sarah Alsaden*
    SARAH ALSADEN
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: December 16, 2024